**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−22207−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Herman C. Staple II
   464 Greenridge Rd.
   New Kensington, PA 15068

Social Security No.:
   xxx−xx−7688

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>September 11, 2017<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>September 11, 2017<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/3/17

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 17-22207-GLT
Herman C. Staple, II                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 2             Date Rcvd: Aug 03, 2017
                            Form ID: rsc13          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
db           +Herman C. Staple, II,    464 Greenridge Rd.,   New Kensington, PA 15068-5811
14633731     +Allegheny Ludlum Federal Credit Union,    1131 Brackenridge Avenue,   B.O. Box 4,
               Brackenridge, PA 15014-1503
14633732     +Best Buy,   c/o Best Buy Credit Services,    PO Box 790441,   Saint Louis, MO 63179-0441
14633733     +Capital One Bank,   c/o Northland Group, Inc.,    PO Box 390846,   Minneapolis, MN 55439-0846
14633734      First Bankcard,   PO Box 2557,   Omaha, NE 68103-2557
14640812     +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14633735      Harley Davidson Credit Corporation,    Department 15129,   Palatine, IL 60055-5129
14645802     +Harley-Davidson Credit Corp.,   P.O. Box 9013,   Addison, Texas 75001-9013
14660891     +M&T Bank,   PO Box 1508,   Buffalo, new York 14240-1508
14633738      One Main Consumer,   c/o American Coradius International,    35A Rust Lane,
               Boerne, TX 78006-8202
14634502     +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14661861     +Peoples TWP LLC,   c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14633739      Select Portfolio Servicing,   PO Box 65450,   Salt Lake City, UT 84165-0450
14633740      Sprint,   c/o GC Services,   PO Box 1022,   Wixom, MI 48393-1022
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2017 00:57:58     Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14638934      E-mail/Text: mrdiscen@discover.com Aug 04 2017 00:57:37     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14633736      E-mail/Text: camanagement@mtb.com Aug 04 2017 00:57:45     M&T Bank,   PO Box 900,
               Millsboro, DE 19966
14633737      E-mail/Text: bkr@cardworks.com Aug 04 2017 00:57:32     Merrick Bank,   PO Box 660702,
               Dallas, TX 75266-0702
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Harley-Davidson
cr            Harley-Davidson Credit Corp
cr            Towd Point Mortgage Trust 2015-4, U.S. Bank Nation
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*          +Peoples TWP LLC,   c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
                                                                                  TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   Towd Point Mortgage Trust 2015-4, U.S. Bank National
               Association as Indenture Trustee bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   Harley-Davidson bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Herman C. Staple, II julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

```
District/off: 0315-2          User: mgut               Page 2 of 2              Date Rcvd: Aug 03, 2017
                              Form ID: rsc13           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                  TOTAL: 7