IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Herman C. Staple, II | ) | Case No. 17-22207 |
| *Debtor* | ) | Chapter 13 |
| | ) | Document No. WO-1 |
| Herman C. Staple, II, | ) | |
| Social Security No. XXX-XX- 7688 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Industrial Terminal Systems, Inc. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 12, 2017, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Industrial Terminal Systems, Inc.
Attn: Payroll Dept.
PO Box 4127
New Kensington, PA 15068

Date of Service:   September 12, 2017   /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        STEIDL & STEINBERG
                                        28th Floor, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        ken.steidl@steidl-steinberg.com