MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Staple II                             JAD/TPA/CMB/**GLT**

Case Number: 17-22207

Date of Meeting: 9/11/17                         Recording #_____
Debtor(s) present ___ or Not Present ✓   ___ No Payments Made or ✓ partial payments)
Attorney for debtor(s) Steidl                    (Present ✓ or Not Present ___ )
Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

No pmts

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD                    ✓ Order to Show Cause Requested
                                      _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case.  Motion to be filed by the Debtor within 10 days
_____ Continued to:
       _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
       On _____ at _____ am/pm Location _____

                                      _____
                                      Chapter 13 Trustee/Attorney for Trustee