**Form 203**

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | 28 |
| **WESTERN DISTRICT OF PENNSYLVANIA** | dbas |

In re:                                                           Bankruptcy Case No.: 17−22207−GLT
                                                                                     Issued Per 9/11/2017 Proceeding
                                                                                     Chapter: 13

**Herman C. Staple II**
    Debtor(s)

### ORDER DIRECTING DEBTOR(S) FILE NOTARIZED AFFIDAVIT
### AND RULE TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

**AND NOW,** this 14th day of September, 2017, the Debtor(s) having failed to:

- ☑ Attend §341 Meeting of Creditors

- ☑ Attend Chapter 13 Plan Confirmation Hearing

- ☑ Commence Chapter 13 Plan Payments

- ☑ Make Regular Plan Payments

- ☑ Documentary proof that at least one full plan payment has been submitted to the Trustee since he 9/11/2017 341 meeting of creditors.

**IT IS HEREBY ORDERED** that each Debtor shall file a notarized affidavit by **9/29/2017** explaining the failure to comply with the bankruptcy requirements checked above.

The affidavit shall include:
(a) each Debtor's current mailing address;
(b) a request by each Debtor to reschedule the §341 meeting and/or plan confirmation hearing (as applicable); and
(c) a statement of intention by each Debtor to attend the next scheduled §341 and/or plan confirmation hearing.

**IT IS FURTHER ORDERED** that if the failure to comply checked above includes lack of plan payments, the Debtor shall also attach documentary proof (i.e., a copy of the money order or cashier's check) of submission of at least one full plan payment to the Chapter 13 Trustee's lock box bank account.

**IT IS FURTHER ORDERED** that failure to comply with this order shall result in an order dismissing this case, for cause, without prejudice, under 11 U.S.C. §109(g)(1), without further notice or hearing.

                                                                                  <u>Gregory L. Taddonio</u>
                                                                                  Judge

cm: Debtor, Counsel, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 17-22207-GLT
Herman C. Staple, II                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dbas              Page 1 of 1              Date Rcvd: Sep 14, 2017
                             Form ID: 203            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db             +Herman C. Staple, II,    464 Greenridge Rd.,    New Kensington, PA 15068-5811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    Towd Point Mortgage Trust 2015-4, U.S. Bank National
               Association as Indenture Trustee bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    Harley-Davidson bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Debtor Herman C. Staple, II julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7