**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Herman C. Staple II** | : | Case No. 17−22207−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 28 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **2nd day of October, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 17-22207-GLT
Herman C. Staple, II                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas              Page 1 of 2         Date Rcvd: Oct 02, 2017
                            Form ID: 309            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
```
db           +Herman C. Staple, II,    464 Greenridge Rd.,   New Kensington, PA 15068-5811
14633731     +Allegheny Ludlum Federal Credit Union,    1131 Brackenridge Avenue,   B.O. Box 4,
               Brackenridge, PA 15014-1503
14633732     +Best Buy,    c/o Best Buy Credit Services,    PO Box 790441,   Saint Louis, MO 63179-0441
14633733     +Capital One Bank,    c/o Northland Group, Inc.,   PO Box 390846,   Minneapolis, MN 55439-0846
14633734      First Bankcard,    PO Box 2557,   Omaha, NE 68103-2557
14640812     +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14633735      Harley Davidson Credit Corporation,    Department 15129,   Palatine, IL 60055-5129
14645802     +Harley-Davidson Credit Corp.,    P.O. Box 9013,   Addison, Texas 75001-9013
14660891     +M&T Bank,    PO Box 1508,   Buffalo, new York 14240-1508
14633738      One Main Consumer,    c/o American Coradius International,   35A Rust Lane,
               Boerne, TX 78006-8202
14661861     +Peoples TWP LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14633739      Select Portfolio Servicing,    PO Box 65450,   Salt Lake City, UT 84165-0450
14633740      Sprint,    c/o GC Services,   PO Box 1022,   Wixom, MI 48393-1022
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14638934      EDI: DISCOVER.COM Oct 03 2017 02:23:00     Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH   43054-3025
14633736      E-mail/Text: camanagement@mtb.com Oct 03 2017 02:25:46     M&T Bank,   PO Box 900,
               Millsboro, DE 19966
14684659      EDI: MERRICKBANK.COM Oct 03 2017 02:23:00     MERRICK BANK,   Resurgent Capital Services,
               PO Box 10368,   Greenville, SC 29603-0368
14633737      EDI: MERRICKBANK.COM Oct 03 2017 02:23:00     Merrick Bank,   PO Box 660702,
               Dallas, TX 75266-0702
14634502     +EDI: PRA.COM Oct 03 2017 02:23:00     PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
14633739      E-mail/Text: jennifer.chacon@spservicing.com Oct 03 2017 02:26:33
               Select Portfolio Servicing,    PO Box 65450,   Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Harley-Davidson
cr            Harley-Davidson Credit Corp
cr            Towd Point Mortgage Trust 2015-4, U.S. Bank Nation
cr*          +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*          +Peoples TWP LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
                                                                                TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2015-4, U.S. Bank National
               Association as Indenture Trustee bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Harley-Davidson bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Herman C. Staple, II julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2              User: dbas                 Page 2 of 2            Date Rcvd: Oct 02, 2017
                                  Form ID: 309               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

TOTAL: 7