**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    HERMAN C. STAPLE, II                                            Case No.:17-22207 GLT

           Debtor(s)

    Ronda J. Winnecour                                            Document No.:
           Movant
       vs.
    No Repondents.

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

      1.  The case was filed on 05/26/2017  and confirmed on 01/01/1900 .  The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

      2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,884.60 |
| Less Refunds to Debtor | 2,884.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 0.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 0.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   SELECT PORTFOLIO SERVICING INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6362 | | | | |
|   SELECT PORTFOLIO SERVICING INC(*) | 683.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 6362 | | | | |
|   ALLEGHENY-LUDLUM BRACKENRIDGE FC | 30,951.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 9402 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8674 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4630 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 1,450.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 8674 | | | | |

* * * N O N E * * *

| | | | | |
|---|---:|---:|---:|---:|
| Priority | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HERMAN C. STAPLE, II | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-22207 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| | | | | |
|---|---|---|---|---|
| STEIDL & STEINBERG | 2,765.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HERMAN C. STAPLE, II | 2,884.60 | 2,884.60 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

**Unsecured**

| | | | | |
|---|---|---|---|---|
| BEST BUY CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9235 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0652 | | | | |
| DISCOVER BANK(*) | 3,334.50 | 0.00 | 0.00 | 0.00 |
| Acct: 0106 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 3,062.98 | 0.00 | 0.00 | 0.00 |
| Acct: 6591 | | | | |
| MERRICK BANK | 2,342.38 | 0.00 | 0.00 | 0.00 |
| Acct: 3915 | | | | |
| ONE MAIN CONSUMER LOAN INC - SERVIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0943 | | | | |
| FIRST BANKCARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6591 | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2538 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4917 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK | 1.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4630 | | | | |
| PEOPLES TWP LLC* | 837.77 | 0.00 | 0.00 | 0.00 |
| Acct: 3188 | | | | |

* * * N O N E * * *

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 0.00 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 33,086.33 |
| UNSECURED | 9.578.63 |

Date: 11/20/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com